**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION**

| | | |
|---|---|---|
| **KYLE FIKES,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **Case No. 4:26-CV-00265-BJB** |
| | ) | |
| **THE PNC FINANCIAL SERVICES** | ) | |
| **GROUP, INC.,** | ) | |
| | ) | |
| **Defendant** | ) | |

**CORPORATE DISCLOSURE STATEMENT OF
DEFENDANT PNC BANK, N.A.[1]**

Pursuant to Fed. R. Civ. P. 7.1, Defendant PNC BANK, N. A.[2] ("PNC"), incorrectly named in the Complaint as "THE PNC FINANCIAL SERVICES GROUP, INC.; PNC FINANCIAL SERVICES GROUP, INC. HR OPERATIONS; and PNC FINANCIAL SERVICES GROUP, INC. - 101 S. FIFTH STREET," by its undersigned counsel, hereby provides the following corporate disclosure statement:

PNC Bank, N.A. is a wholly-owned subsidiary of PNC Bancorp, Inc., which in turn is a wholly-owned subsidiary of The PNC Financial Services Group, Inc., whose stock is traded on the New York Stock Exchange. No one person or entity owns more than 10% of the stock of The PNC Financial Services Group.

---

[1] Plaintiff was employed by PNC Bank, N.A., not The PNC Financial Services Group, Inc.. This disclosure is being provided for the proper defendant, PNC Bank, N.A..

[2]

DATED: June 30, 2026

Respectfully submitted,

PNC BANK, N.A.

By: */s/ Kathleen C. Tranter*
    Kathleen C. Tranter (KY Bar No. 95316)
    ktranter@seyfarth.com

    SEYFARTH SHAW LLP
    233 South Wacker Drive, Suite 8000
    Chicago, Illinois 60606
    Telephone:  312.460.5000
    Facsimile:    312.460.7000

    *Attorneys for Defendant*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 30, 2026, I caused the foregoing document to be filed with the Clerk of the Court via the CM/ECF system, which will electronically serve upon all counsel of record.

/s/ *Kathleen C. Tranter*
Kathleen C. Tranter