**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF KENTUCKY**
**OWENSBORO DIVISION**

| | | |
|---|---|---|
| **KYLE FIKES,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **Case No. 4:26-CV-00265-BJB** |
| | ) | |
| **THE PNC FINANCIAL SERVICES** | ) | |
| **GROUP, INC.,** | ) | |
| | ) | |
| **Defendant** | ) | |

**STIPULATION AND AGREED ORDER SUBSTITUTING DEFENDANT**

Plaintiff, Kyle Fikes, filed a Complaint against Defendant, THE PNC FINANCIAL

SERVICES GROUP, INC. "THE PNC FINANCIAL SERVICES GROUP, INC." did not employ

Plaintiff. Plaintiff was employed by PNC Bank, N.A. and, therefore, it is the real Defendant in

interest.

By agreement of the Parties, PNC Bank, N.A., is substituted as the Defendant in this matter.

_____
The Honorable Benjamin Beaton
United States District Court Judge

DATED: _____

Having Seen and Agreed:

Plaintiff                                                    PNC BANK, N.A.

*/s/ Elizabeth Gatten*
Elizabeth Gatten                                By: */s/ Kathleen C. Tranter*
Biesecker Dutkanych & Macer LLC                     Kathleen C. Tranter (KY Bar No. 95316)
101 North Seventh Street                            ktranter@seyfarth.com
Louisville, KY 40202                                SEYFARTH SHAW LLP
502-561-3484                                        233 South Wacker Drive, Suite 8000
Fax: 812-424-1005                                   Chicago, Illinois 60606
Email: egatten@bdlegal.com                          Telephone:  312.460.5000
                                                    Facsimile:   312.460.7000

Attorney for Plaintiff
                                                    *Attorney for Defendant*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 30, 2026, I caused the foregoing document to be filed with the Clerk of the Court via the CM/ECF system, which will electronically serve upon all counsel of record.

/s/ Kathleen C. Tranter
Kathleen C. Tranter