**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF KENTUCKY**
**OWENSBORO DIVISION**

| | | |
|---|---|---|
| **KYLE FIKES,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 4:26-CV-00265-BJB** |
| | ) | |
| **THE PNC FINANCIAL SERVICES** | ) | |
| **GROUP, INC.,** | ) | |
| | ) | |
| **Defendant** | ) | |

**STIPULATION AND AGREED ORDER SUBSTITUTING DEFENDANT**

Plaintiff, Kyle Fikes, filed a Complaint against Defendant, THE PNC FINANCIAL SERVICES GROUP, INC. "THE PNC FINANCIAL SERVICES GROUP, INC." did not employ Plaintiff. Plaintiff was employed by PNC Bank, N.A. and, therefore, it is the real Defendant in interest.

By agreement of the Parties, PNC Bank, N.A., is substituted as the Defendant in this matter.

Benjamin Beaton, District Judge

United States District Court

July 1, 2026